## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.   **11-20552-CR-GRAHAM(s)(s)**
21 U.S.C. § 963
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1957(a)
21 U.S.C. § 853
18 U.S.C. § 982



FILED by _____ D.C.

NOV 1 0 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**VICTOR RAMON NAVARRO CERRANO,**
        a/k/a "Megateo,"
        a/k/a "Viejo,"
        a/k/a "Patron,"
**GINA PAOLA CASTANO MEDINA,**
        a/k/a "La Senora,"
**MANUEL RODRIGUEZ TARAZONA,**
        a/k/a "Viejo,"
**JUAN DAVID ALVAREZ RAMIREZ,**
        a/k/a "Paisa,"
**GERMAN CADENA GARZON,**
        a/k/a "Nero,"
**RAMON PACHECO PEREZ,**
**LUZ MERY ARANGO,**
        a/k/a "La Mona,"
**CHRISTIAN CAMILO GOMEZ CHAVARRO**
        a/k/a "Christian Aries,"
        a/k/a "Sople,"
**FABIO ANDRES DIAZ ZABALETA,**
        a/k/a "Andres Diaz,"
        a/k/a "Feo,"
**CLAUDIA BEATRIZ RICAURTE MORALES,**
**JOEL CHAUSTRE GOMEZ,**
        a/k/a "Joel Chaustre,"
**JORGE ANIBAL CHARRY OTERO,**
        a/k/a "Jorge A. Charry Otero,"
**MANUEL ANTONIO ACOSTA AREVALO,**
        a/k/a "Antonio Acosta,"
**PIEDAD EDITH BOTINO PLAZA,**
**DAIRO HUMBERTO BARON JIMENEZ,**
**WILLIAM HERNANDEZ ESTEVEZ,**

a/k/a "Suegro,"
**JUAN CARLOS PENA SILVA,**
a/k/a "Yerno,"
**GERMAN VEGA MONROY,** *v v · · ª*
**RAFAEL RANGEL JIMENEZ,**
a/k/a "Chirola,"
**LUIS FERNANDO RUEDA TORRADO,**
a/k/a "Piojo,"
**ALVARO DIAZ CHAVARRO,**
a/k/a "Pariente,"
**JUAN DE JESUS LOPEZ HERNANDEZ,**
**and**
**FERNEY ALBERTO MONTOYA DE FEX,**
a/k/a "El Ingeniero,"

**Defendants.**
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or around January 2006, the exact date being unknown to the Grand Jury, and

continuing until the date of the return of the second superseding indictment, in the countries of

Colombia, Panama, and elsewhere, the defendants,

**VICTOR RAMON NAVARRO CERRANO,**
a/k/a "Megateo,"
a/k/a "Viejo,"
a/k/a "Patron,"
**GINA PAOLA CASTANO MEDINA,**
a/k/a "La Senora,"
**MANUEL RODRIGUEZ TARAZONA,**
a/k/a "Viejo,"
**JUAN DAVID ALVAREZ RAMIREZ,**
a/k/a "Paisa,"
**RAMON PACHECO PEREZ,**
**CHRISTIAN CAMILO GOMEZ CHAVARRO**
a/k/a "Christian Aries,"
a/k/a "Sople,"
**DAIRO HUMBERTO BARON JIMENEZ,**

2

**WILLIAM HERNANDEZ ESTEVEZ,**
**a/k/a "Suegro,"**
**JUAN CARLOS PENA SILVA,**
**a/k/a "Yerno,"**
**GERMAN VEGA MONROY,**
**RAFAEL RANGEL JIMENEZ,**
**a/k/a "Chirola,"**
**LUIS FERNANDO RUEDA TORRADO,**
**a/k/a "Piojo,"**
**ALVARO DIAZ CHAVARRO,**
**a/k/a "Pariente,"**
**JUAN DE JESUS LOPEZ HERNANDEZ,**
**and**
**FERNEY ALBERTO MONTOYA DE FEX,**
**a/k/a "El Ingeniero,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning in or around January 2007, the exact date being unknown to the Grand Jury, and continuing until the date of the return of the second superseding indictment, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**VICTOR RAMON NAVARRO CERRANO,**
**a/k/a "Megateo,"**
**a/k/a "Viejo,"**
**a/k/a "Patron,"**
**GINA PAOLA CASTANO MEDINA,**

3

a/k/a "La Senora,"
MANUEL RODRIGUEZ TARAZONA,
a/k/a "Viejo,"
JUAN DAVID ALVAREZ RAMIREZ,
a/k/a "Paisa,"
GERMAN CADENA GARZON,
a/k/a "Nero,"
RAMON PACHECO PEREZ,
LUZ MERY ARANGO,
a/k/a "La Mona,"
CHRISTIAN CAMILO GOMEZ CHAVARRO
a/k/a "Christian Aries,"
a/k/a "Sople,"
FABIO ANDRES DIAZ ZABALETA
a/k/a "Andres Diaz,"
a/k/a "Feo,"
CLAUDIA BEATRIZ RICAURTE MORALES,
JOEL CHAUSTRE GOMEZ,
a/k/a "Joel Chaustre,"
JORGE ANIBAL CHARRY OTERO,
a/k/a "Jorge A. Charry Otero,"
MANUEL ANTONIO ACOSTA AREVALO,
a/k/a "Antonio Acosta,"
PIEDAD EDITH BOTINO PLAZA,
JUAN CARLOS PENA SILVA,
a/k/a "Yerno,"
GERMAN VEGA MONROY,
RAFAEL RANGEL JIMENEZ,
a/k/a "Chirola,"
and
LUIS FERNANDO RUEDA TORRADO,
a/k/a "Piojo,"

did knowingly combine, conspire, confederate and agree with each other and others, both known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Sections 1956 and 1957, namely:

(a)     to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location,

4

source, ownership and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b)      to knowingly engage in a monetary transaction affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000 and which is derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is the felonious importation, exportation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

All in violation of Title 18, United States Code, Section 1956(h).

**COUNTS 3 – 23**

On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants, as specified as to each count below, did knowingly conduct a financial transaction affecting interstate and foreign commerce, involving the proceeds of specified unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and while conducting such transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

| Count | Approximate Date | Defendant(s) | Transaction |
|---|---|---|---|
| 3 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $10,000 transferred from Weston, Florida into Morgan Chase bank account ending in 4373, located in Miami, Florida. |
| 4 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $20,000 transferred from Weston, Florida into Wachovia bank account ending in 5403, located in New York, New York. |
| 5 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $6,218 transferred from Weston, Florida into Bank of America bank account ending in 3151, located in Coral Gables, Florida. |
| 6 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $30,000 transferred from Weston, Florida into Sabadell bank account ending in 41-06, located in Hialeah, Florida. |

6

| Count | Approximate Date | Defendant(s) | Transaction |
|-------|-----------------|--------------|-------------|
| 7 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $26,000 transferred from Weston, Florida into Citibank bank account ending in 7253, located in Doral, Florida. |
| 8 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $20,000 transferred from Weston, Florida into Merrill Lynch account 3516, through Bank of America bank account ending in 8656, located in New York, New York. |
| 9 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $30,000 transferred from Weston, Florida into Wells Fargo bank account ending in 1542, located in San Francisco, California. |
| 10 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $30,000 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |

| Count | Approximate Date | Defendant(s) | Transaction |
|-------|------------------|--------------|-------------|
| 11 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $21,950 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |
| 12 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $10,000 transferred from Weston, Florida into Wachovia bank account ending in 5403, located in New York, New York. |
| 13 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $5,000 transferred from Weston, Florida into Bank of America bank account ending in 2377, located in New York, New York. |
| 14 | November 9, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $10,000 transferred from Weston, Florida into JP Morgan Chase bank account ending in 2524, located in Doral, Florida. |

| Count | Approximate Date | Defendant(s) | Transaction |
|-------|------------------|--------------|-------------|
| 15 | November 10, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $20,000 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |
| 16 | November 10, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $10,000 transferred from Weston, Florida into Bank of America bank account ending in 8835, located in New York, New York. |
| 17 | November 10, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $42,794 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |
| 18 | November 17, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and FABIO ANDRES DIAZ ZABALETA, a/k/a "Andres Diaz," a/k/a "Feo"** | Approximately $180,000 transferred from Weston, Florida into Hong Kong and Shanghai Bank account ending in 5-838, located in Hong Kong, China. |

| Count | Approximate Date | Defendant(s) | Transaction |
|-------|-----------------|--------------|-------------|
| 19 | April 18, 2011 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," GINA PAOLA CASTANO MEDINA, a/k/a "La Senora," FABIO ANDRES DIAZ ZABALETA, a/k/a "Andres Diaz," a/k/a "Feo," JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"and MANUEL ANTONIO ACOSTA AREVALO, a/k/a "Antonio Acosta,"** | Approximately $8,000 transferred from Weston, Florida into Chase Bank account ending in 028-5, located in Weston, Florida. |
| 20 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," GINA PAOLA CASTANO MEDINA, a/k/a "La Senora," and MANUEL ANTONIO ACOSTA AREVALO, a/k/a "Antonio Acosta,"** | Approximately $30,150 transferred from Weston, Florida into HSBC account ending in 7-838, located in Hong Kong, Hong Kong S.A.R., China. |

10

| Count | Approximate Date | Defendant(s) | Transaction |
|-------|------------------|--------------|-------------|
| 21 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO,** a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," **GINA PAOLA CASTANO MEDINA,** a/k/a "La Senora," **and MANUEL ANTONIO ACOSTA AREVALO,** a/k/a "Antonio Acosta," | Approximately $20,044 transferred from Weston, Florida into TD Bank account ending in 5316, located in Hicksville, New York. |
| 22 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO,** a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," **GINA PAOLA CASTANO MEDINA,** a/k/a "La Senora," **and MANUEL ANTONIO ACOSTA AREVALO,** a/k/a "Antonio Acosta," | Approximately $50,000 transferred from Weston, Florida into Wachovia account ending in 0359, located in North Miami, Florida. |
| 23 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO,** a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," **GINA PAOLA CASTANO MEDINA,** a/k/a "La Senora," **and MANUEL ANTONIO ACOSTA AREVALO,** a/k/a "Antonio Acosta," | Approximately $75,000 transferred from Weston, Florida into CitiBank account ending in 1385, located in Port St. Lucie, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation,

exportation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNTS 24 – 37

On or about the dates specified as to each count below, in Miami-Dade and Broward County, in the Southern District of Florida, and elsewhere, the defendants, listed in the counts below, did knowingly engage in a monetary transaction affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity.

| Count | Approximate Date | Defendant | Transaction |
|-------|------------------|-----------|-------------|
| 24 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $20,000 transferred from Weston, Florida into Wachovia bank account ending in 5403, located in New York, New York. |
| 25 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $30,000 transferred from Weston, Florida into Sabadell bank account ending in 41-06, located in Hialeah, Florida. |

12

| Count | Approximate Date | Defendant | Transaction |
|:-----:|:----------------:|:----------|:------------|
| 26 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $26,000 transferred from Weston, Florida into Citibank bank account ending in 7253, located in Doral, Florida. |
| 27 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $20,000 transferred from Weston, Florida into Merrill Lynch account 3516, through Bank of America bank account ending in 8656, located in New York, New York. |
| 28 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $30,000 transferred from Weston, Florida into Wells Fargo bank account ending in 1542, located in San Francisco, California. |
| 29 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $30,000 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |

| Count | Approximate Date | Defendant | Transaction |
|---|---|---|---|
| 30 | November 8, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $21,950 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |
| 31 | November 10, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $20,000 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |
| 32 | November 10, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero,"** | Approximately $42,794 transferred from Weston, Florida into Wachovia bank account ending in 8632, located in Avondale, Pennsylvania. |
| 33 | November 17, 2010 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," and FABIO ANDRES DIAZ ZABALETA, a/k/a "Andres Diaz," a/k/a "Feo"** | Approximately $180,000 transferred from Weston, Florida into Hong Kong and Shanghai Bank account ending in 5-838, located in Hong Kong, China. |

| Count | Approximate Date | Defendant | Transaction |
|-------|------------------|-----------|-------------|
| 34 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," GINA PAOLA CASTANO MEDINA, a/k/a "La Senora," and MANUEL ANTONIO ACOSTA AREVALO, a/k/a "Antonio Acosta,"** | Approximately $30,150 transferred from Weston, Florida into HSBC account ending in 7-838, located in Hong Kong, Hong Kong S.A.R., China. |
| 35 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," GINA PAOLA CASTANO MEDINA, a/k/a "La Senora," and MANUEL ANTONIO ACOSTA AREVALO, a/k/a "Antonio Acosta,"** | Approximately $20,044 transferred from Weston, Florida into TD Bank account ending in 5316, located in Hicksville, New York. |
| 36 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO, a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," GINA PAOLA CASTANO MEDINA, a/k/a "La Senora," and MANUEL ANTONIO ACOSTA AREVALO, a/k/a "Antonio Acosta,"** | Approximately $50,000 transferred from Weston, Florida into Wachovia account ending in 0359, located in North Miami, Florida. |

| Count | Approximate Date | Defendant | Transaction |
|-------|------------------|-----------|-------------|
| 37 | May 16, 2011 | **VICTOR RAMON NAVARRO CERRANO,** a/k/a "Megateo," a/k/a "Viejo," a/k/a "Patron," **GINA PAOLA CASTANO MEDINA,** a/k/a "La Senora," **and** **MANUEL ANTONIO ACOSTA AREVALO,** a/k/a "Antonio Acosta," | Approximately $75,000 transferred from Weston, Florida into CitiBank account ending in 1385, located in Port St. Lucie, Florida. |

It is further alleged that the specified unlawful activity is the felonious importation, exportation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States and Colombia.

In violation of Title 18, United States Code, Sections 1957(a) and 2.

## CRIMINAL FORFEITURE

1.     Upon conviction of the violation alleged in Count 1 of this second superseding indictment, the defendants,

**VICTOR RAMON NAVARRO CERRANO,**
a/k/a "Megateo,"
a/k/a "Viejo,"
a/k/a "Patron,"
**GINA PAOLA CASTANO MEDINA,**
a/k/a "La Senora,"
**MANUEL RODRIGUEZ TARAZONA,**
a/k/a "Viejo,"
**JUAN DAVID ALVAREZ RAMIREZ,**
a/k/a "Paisa,"
**RAMON PACHECO PEREZ,**
**CHRISTIAN CAMILO GOMEZ CHAVARRO**
a/k/a "Christian Aries,"
a/k/a "Sople,"
**DAIRO HUMBERTO BARON JIMENEZ,**

16

**WILLIAM HERNANDEZ ESTEVEZ,**
a/k/a "Suegro,"
**JUAN CARLOS PENA SILVA,**
a/k/a "Yerno,"
**GERMAN VEGA MONROY,**
**RAFAEL RANGEL JIMENEZ,**
a/k/a "Chirola,"
**LUIS FERNANDO RUEDA TORRADO,**
a/k/a "Piojo,"
**ALVARO DIAZ CHAVARRO,**
a/k/a "Pariente,"
**JUAN DE JESUS LOPEZ HERNANDEZ,**
**and**
**FERNEY ALBERTO MONTOYA DE FEX,**
a/k/a "El Ingeniero,"

shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, including, but not limited to, the following:

(a) The sum of four billion dollars ($4,000,000,000.00) in United States currency.

(b) $2,971,533.00 in United States currency which has been seized.

Pursuant to Title 21, United States Code, Section 853.

2. If any of the forfeitable property described in the forfeiture section of this second superseding indictment, as a result of any act or omission of the defendants,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided

17

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable

property.

Pursuant to Title 21, United States Code, Section 853.

3.      Upon conviction of any of the violations alleged in Counts 2 - 37 of this second

superseding indictment, defendants,

**VICTOR RAMON NAVARRO CERRANO,**
a/k/a "Megateo,"
a/k/a "Viejo,"
a/k/a "Patron,"
**GINA PAOLA CASTANO MEDINA,**
a/k/a "La Senora,"
**MANUEL RODRIGUEZ TARAZONA,**
a/k/a "Viejo,"
**JUAN DAVID ALVAREZ RAMIREZ,**
a/k/a "Paisa,"
**GERMAN CADENA GARZON,**
a/k/a "Nero,"
**RAMON PACHECO PEREZ,**
**LUZ MERY ARANGO,**
a/k/a "La Mona,"
**CHRISTIAN CAMILO GOMEZ CHAVARRO**
a/k/a "Christian Aries,"
a/k/a "Sople,"
**FABIO ANDRES DIAZ ZABALETA,**
a/k/a "Andres Diaz,"
a/k/a "Feo,"
**CLAUDIA BEATRIZ RICAURTE MORALES,**
**JOEL CHAUSTRE GOMEZ,**
a/k/a "Joel Chaustre,"
**JORGE ANIBAL CHARRY OTERO,**
a/k/a "Jorge A. Charry Otero,"
**MANUEL ANTONIO ACOSTA AREVALO,**
a/k/a "Antonio Acosta,"
**PIEDAD EDITH BOTINO PLAZA,**
**JUAN CARLOS PENA SILVA,**
a/k/a "Yerno,"

**GERMAN VEGA MONROY,**
**RAFAEL RANGEL JIMENEZ,**
**a/k/a "Chirola,"**
**and**
**LUIS FERNANDO RUEDA TORRADO,**
**a/k/a "Piojo,"**

shall forfeit to the United States any property, real or personal, involved in the aforestated offenses

and any property traceable to such property, including at least, but not limited to, the following:

(a) The sum of fifty-five million dollars ($55,000,000.00) in United States

currency.

(b) $2,971,533.00 in United States currency which has been seized.

Pursuant to Title 18, United States Code, Section 982(a)(1).

4.      If any of the forfeitable property described in the forfeiture section of this second

superseding indictment, as a result of any act or omission of the defendants,

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third person;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other

property of said defendant(s) up to the value of the above forfeitable property.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(c), 982(a)(1) and 982(b) and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

VICTOR RAMON NAVARRO CERRANO, et al.,

**Defendants.**

_____/

CASE NO.   __11-20552-CR-GRAHAM(s)(s)__

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)      Yes _____   No _X_

Number of New Defendants   _____

Total number of counts    __38__

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| **X** | Miami | ____ | Key West | |
| ____ | FTL | ____ | WPB | ____ FTP |

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)   **YES**
List language and/or dialect   **SPANISH**

4.   This case will take   __12__   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

(Check only one)

| | | |
|---|---|---|
| I | 0 to 5 days | _____ |
| II | 6 to 10 days | _____ |
| III | 11 to 20 days | X |
| IV | 21 to 60 days | _____ |
| V | 61 days and over | _____ |

(Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | X |

6.   Has this case been previously filed in this District Court? (Yes or No)   **YES**

If yes:
Judge:   __Donald L Graham__     Case No.   __11-20552-CR-GRAHAM(s)__
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   **NO**
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)   **NO**

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   **X** No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   **X** No

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  VICTOR RAMON NAVARRO CERRANO,
a /k/a "Megateo," a/k/a "Viejo" a/k/a "Patron"

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

 knowledge that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**      Twenty Years' Imprisonment

Counts #: 3-23

 Money Laundering

 Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty:**      Twenty Years' Imprisonment

Counts #: 24-37

 Money Laundering

 Title 18, United States Code, Section 1957(a)

**\* Max.Penalty:**      Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **GINA PAOLA CASTANO MEDINA, a/k/a "La Senora"**

**Case No**: 11-20552-CR-GRAHAM(s)(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 2

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Counts #: 19-23

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Counts #: 34-37

Money Laundering

Title 18, United States Code, Section 1957(a)

**\* Max.Penalty**:    Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **MANUEL RODRIGUEZ TARAZONA, a/k/a "Viejo"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**   Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  **JUAN DAVID ALVAREZ RAMIREZ, a/k/a "Paisa"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

   Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

   knowledge that such cocaine will be unlawfully imported into the United States

   Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 2

   Conspiracy to commit money laundering

   Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:    Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   **GERMAN CADENA GARZON, a/k/a "Nero"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 2

Conspiracy to commit money laundering

Tile 18, United States Code, Section 1956(h)

**\* Max.Penalty:**        Twenty Years' Imprisonment

**\*Refers only to possible term of incerceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **RAMON PACHECO PEREZ**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

  Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

  knowledge that such cocaine will be unlawfully imported into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:    Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   **LUZ MERY ARANGO, a/k/a "La Mona"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 2

　Conspiracy to commit money laundering

　Tile 18, United States Code, Section 1956(h)

**\* Max.Penalty:**   Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **CHRISTIAN CAMILO GOMEZ CHAVARRO, a/k/a "Christian Aries," a/k/a "Sople"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to commit money laundering

Tile 18, United States Code, Section 1956(h)

**\* Max.Penalty:**     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  **FABIO ANDRES DIAZ ZABALETA, a/k/a "Andres Diaz,"**
**a/k/a  "Feo"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count  #:  2

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

\* **Max.Penalty**:      Twenty Years' Imprisonment

Counts #: 18-19

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

\* **Max.Penalty**:      Twenty Years' Imprisonment

Count #: 33

Money Laundering

Title 18, United States Code, Section 1957(a)

\* **Max.Penalty**:     Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  CLAUDIA BEATRIZ RICAURTE MORALES

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

\* **Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   **JOEL CHAUSTRE GOMEZ, a/k/a "Joel Chaustre"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**      Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**:  **JORGE ANIBAL CHARRY OTERO, a/k/a "Jorge A. Charry Otero"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

**Count #:** 2

  Conspiracy to commit money laundering

   Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**      Twenty Years' Imprisonment

**Counts #:** 3-17, 19

  Money Laundering

   Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty:**      Twenty Years' Imprisonment

**Counts #:** 24-32

  Money Laundering

   Title 18, United States Code, Section 1957(a)

**\* Max.Penalty:**      Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **MANUEL ANTONIO ACOSTA AREVALO, a/k/a "Antonio Acosta"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**      Twenty Years' Imprisonment

Count #: 19-23

  Money Laundering

  Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty:**      Twenty Years' Imprisonment

Count #: 34-37

  Money Laundering

  Title 18, United States Code, Section 1957(a)

**\* Max.Penalty:**      Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## <u>PENALTY SHEET</u>

**Defendant's Name:**   **PIEDAD EDITH BOTINO PLAZA**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**        Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **DAIRO HUMBERTO BARON JIMENEZ**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   **WILLIAM HERNANDEZ ESTEVEZ, a/k/a "Suegro"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

**Count  #: 1**

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **JUAN CARLOS PENA SILVA, a/k/a "Yerno"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**      Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  **GERMAN VEGA MONROY**

**Case No**: 11-20552-CR-GRAHAM(s)(s)

Count #: 1

  Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

  knowledge that such cocaine will be unlawfully imported into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:   Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: __RAFAEL RANGEL JIMENEZ, a/k/a "Chirola"__

**Case No**: __11-20552-CR-GRAHAM(s)(s)__

Count #: 1

__Conspiracy to manufacture and distribute five kilograms or more of cocaine with the__

__knowledge that such cocaine will be unlawfully imported into the United States__

__Title 21, United States Code, Section 963__

**\* Max.Penalty**:   Life Imprisonment

Count #: 2

__Conspiracy to commit money laundering__

__Title 18, United States Code, Section 1956(h)__

**\* Max.Penalty**:   Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **LUIS FERNANDO RUEDA TORRADO, a/k/a "Piojo"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

  Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

  knowledge that such cocaine will be unlawfully imported into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:    Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **ALVARO DIAZ CHAVARRO, a/k/a "Pariente"**

**Case No**: 11-20552-CR-GRAHAM(s)(s)

**Count #**: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **JUAN DE JESUS LOPEZ HERNANDEZ**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

  Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

  knowledge that such cocaine will be unlawfully imported into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **FERNEY ALBERTO MONTOYA DE FEX, a/k/a "El Ingeniero"**

**Case No:** 11-20552-CR-GRAHAM(s)(s)

Count #: 1

   Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

   knowledge that such cocaine will be unlawfully imported into the United States

   Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**