UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20552-CR-GRAHAM(s)(s)

UNITED STATES OF AMERICA

v.

MANUEL ANTONIO ACOSTA AREVALO,

Defendant.
_____/

**COURT EXHIBIT**

CASE NO. 11-20552-CR-DLG

EXHIBIT NO. 2

## FACTUAL PROFFER

The United States of America and MANUEL ANTONIO ACOSTA AREVALO (hereinafter referred to as the "defendant") agree that if this matter had proceeded to trial, the government's evidence would have shown, beyond a reasonable doubt, that, among other things:

The defendant knowingly and intentionally conspired to launder money in violation of Title 18, United States Code, Section 1956(h).

From as early as February 2011 and continuing until at least May 2011, the defendant, Manuel Antonio ACOSTA-Arevalo, participated with other defendants in a conspiracy to launder the proceeds, derived from the distribution of cocaine from Colombia which was ultimately imported into the United States. During this time, Manuel Antonio ACOSTA-Arevalo aided others in organizing the transportation of more than $1,000,000 which was derived from the prior distribution of cocaine into the United States. During the course of the investigation, ACOSTA-Arevalo aided in 5 bulk currency transactions which took place in Mexico City, Mexico and San Juan, Puerto Rico resulting in the laundering of more than $1,461,864. These moneys were the proceeds of narcotics trafficking of cocaine which had been distributed in the

1

United States.

The defendant has acknowledged his role in the narcotics conspiracy as described more fully in the Indictment and this factual resume.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to launder money in violation of Title 18, United States Code, Section 1956(h).

WIFREDEO A. FERRER
UNITED STATES ATTORNEY

Date: 4/11/13      By: _____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

Date: 4-12-13      By: _____
ROBERT E. ABREU, ESQ.
ATTORNEY FOR DEFENDANT

Date: 4-12-13      By: _____
MANUEL ANTONIO ACOSTA AREVALO
DEFENDANT

2