UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20552-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA,

V.

PIEDAD EDITH BOTINO PLAZA

_____/

**RULE 44(c) ADVICE
AND WAIVER CONCERNING
CONFLICT OF INTEREST**

## ADVICE OF RIGHT TO SEPARATE COUNSEL

The United States Constitution guarantees that every defendant in a criminal case shall have the right to effective assistance of counsel.  When one lawyer represents two or more defendants in the same case he may experience a conflict of interest, which means he may not be able to give equally good representation to each defendant.  This is because no two persons are ever exactly alike and one person's involvement in a criminal case is never exactly the same as that of another person.  In order to be of the greatest assistance to you, your lawyer might need to say or do something that would not be in the best interest of your co-defendant and you, both.
The law gives each defendant the right to have a separate lawyer.

## WAIVER OF RIGHT TO SEPARATE COUNSEL

I have read the above explanation of my right to separate counsel and have asked any questions that I had of my lawyer or the Judge.  I understand my right to have a separate lawyer, but I want to give up this right.  I want _Robert E. Abreu, Esq._ to be my lawyer, even though he/she represents another defendant(s) in this case and might have a conflict of interest which will not be in my best interest.  I understand that if I change my mind about this later the trial will not be postponed so that I can get another lawyer.

Dated: _5/24/2013_            Defendant _[signature]_

## CERTIFICATE OF MAGISTRATE JUDGE

The defendant whose name appears above appeared before the undersigned in open Court this date, was fully advised by me in accordance with **Fed.R.Crim.P.** **44(c)**, and signed the above waiver in my presence.

Dated: _5-24-2013_

                    JONATHAN GOODMAN
                    UNITED STATES MAGISTRATE JUDGE

D.A.R. No.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   11-20552-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA

V.

PIEDAD EDITH BOTINO PLAZA
_____/

RULE 44(C) ADVICE
AND WAIVER CONCERNING
CONFLICT OF INTEREST

### PLANILLA DE RENUNCIA PARA CASOS DE CONFLICTO DE INTERESES

La constitucion de los Estados Unidos garantiza a cada acusado en los casos penales el derecho a la ayuda de un abogado competente.  Cuando un abogado representa a dos o mas acusados en un caso de conjura o conspiracion, el abogado pudiera tener problemas en representar a todos los acusados con el mismo grado de equidad.  Esto representa un conflicto de intereses que niega al acusado su derecho a la ayuda competente de un abogado.  En los casos de conjura o conspiracion dichos conflictos constituyen siempre un problema potencial porque cada uno de los acusados pudieran tener diferentes grados de participacion.  Cada acusado tiene el derecho a un abogado que le represente a el y solamente a el.

Este tipo de conflicto de intereses puede ser peligroso al acusado de varias maneras.  He aqui algunos ejemplos: el gobierno pudiera ofrecer recomendar una sentencia menor a un acusado si este cooperase con el Gobierno.  Su abogado debe aconsejarle si aceptar la oferta o no.  Sin embargo, si el abogado le aconseja aceptar la oferta, ello pudiera perjudicar el caso de los demas acusados quienes son tambien sus clientes.

El Gobierno pudiera permitirle a un acusado que no estuviera tan complicado como los otros, declararse culpable de cargos menores que a los otros acusados.  Despues de la declaracion de culpable, sin embargo, el Gobierno pudiera exigirle al acusado declarar.  El abogado que represente a mas de un acusado pudiera recomendar al primer acusado no declararse culpable para proteger a los demas acusados tambien representados por el.  El abogado pudiera recomendar tambien que el primer acusado se declare culpable, lo cual pudiera perjudicar el caso de los demas acusados.

Algunas veces, uno de los acusados representados por un mismo abogado testifica en su favor.  Para poder representar a los otros acusados en forma equitativa el abogado debe interrogar al acusado mientras declara, los mas completamente posible.  Sin embargo, quizas no pueda hacerlo porque el no puede preguntar al acusado sobre nada que el acusado le haya dicho en confianza.

En un caso de conspiracion la mejor defensa de un solo acusado es frecuentemente el argumento que el no es parte de la conspiracion y no es culpable aunque haya existido una conspiracion y los demas acusados pudieran ser culpables.  Si un mismo abogado representa a dos o mas acusados no podria utilizar dicho argumento con efectividad.

La evidencias o pruebas que pudieran beneficiar a un acusado pudieran perjudicar el caso de otro.  Cuando un abogado representa a dos o mas acusados, es posible que no presente o proteste las pruebas que pudieran beneficiar a un acusado si perjudicaran el caso de otro acusado.

El tribunal recomienda a los acusados el no ser representados por un abogado que represente a otros acusados en el mismo proceso o causa.  El tribunal exhorta a los acusados a contratar un abogado individualmente y solo para uno.  Cada acusado tiene el derecho a un abogado propio.  Tambien puede renunciar el acusado a este derecho si asi lo decide.  El acusado puede cambiar de opinion sobre este asunto mas tarde pero el juicio no sera aplazado para permitirle mas tiempo para conseguir otro abogado.

*************************************

Yo he leido lo anterior y lo comprendo plenamente.  Entiendo que tengo el derecho de un abogado propio pero deseo renunciar a este derecho.  Deseo que me represente el abogado Sr. _Robert E. Abreu, Esq._ a pesar de que el represente a otros acusados en este caso y pueda tener algun conflicto de intereses que pudiera perjudicarme.

Dated: _5/24/2013_                  Defendant _____

Dated: _5-24-2013_

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

D.A.R. No.: